UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| IN RE ) | CHAPTER: 13 |
| PETER AND DENISE CACI ) | CASE NO.: 02-47249-HJB |
| DEBTORS ) |  |

## NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge:

12/13/2004 [121] Memorandum of Decision Dated 12/13/04 Regarding [120] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Lafayette. A SEPARATE ORDER SHALL ISSUE.

12/13/2004 [122] Order dated 12/13/04 Denying [120] Second Expedited Motion to Extend Time to File Fee Applications Filed by Attorney Francis Lafayette.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant:** Francis Lafayette
Debtor: Peter and Denise Caci
Attorney: Francis Lafayette
Address: Post Office Box 1020
Palmer, MA 01069
BBO# 282960
Telephone: (413) 283-7785

**Appellee:** Denise M. Pappalardo
Chapter 13 Trustee
Address: PO Box 16607
Worcester, MA 01601
Telephone: (508) 791-3300

**Appellee:** United States Trustee
Address: 446 MAIN ST., 14TH FLOOR
WORCESTER, MA 01608
Telephone: (508) 793-0553

Respectfully submitted,

*Francis Lafayette, J.D.*
Francis Lafayette, J.D.
1024 Park Street
PO Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE ) | CHAPTER: 13 |
| ) | |
| PETER AND DENISE CACI ) | CASE NO.: 02-47249-HJB |
| ) | |
| DEBTORS ) | |

### CERTIFICATE OF SERVICE

I, Francis Lafayette, J.D., have served a copy of the following NOTICE OF APPEAL on the following parties:

Richard King
Assistant US Trustee
United States Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Denise M. Pappalardo
CHAPTER 13 TRUSTEE
PO Box 16607
Worcester, MA 01601

Peter and Denise Caci
13 Howard Street
Brookfield, MA 01506

_____
Francis Lafayette, J.D.