**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In re | ) | |
| PETER CACI | ) | |
| DENISE CACI, | ) | |
| Debtors | ) | Chapter  7 |
| | ) | Case No. 02-47249-HJB |
| | ) | |
| PETER CACI | ) | |
| DENISE CACI, | ) | Bank. Appeal CA 05-30024-MAP |
| Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENISE PAPPALARDO, | ) | |
| CHAPTER 13 TRUSTEE, | ) | |
| Appellee. | ) | |
| | ) | |

## MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF

Appellee, Denise M. Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") hereby moves that this Court extend the deadline to file a brief in this matter for thirty (30) days or such time as the Court may deem expedient. As grounds therefore, on or about February 18, 2005, the Trustee filed a motion to consolidate the above-referenced appeal with the following appeals (the "Motion to Consolidate"):

*In re Hector Rolon,* Bank. Appeal No. 05-30023-MAP;

*In re Mark Bennett and Angela Bennett*, Bank. Appeal No. 05-30025-MAP;

*In re Kathleen Daigneault*, Bank Appeal No. 05-30026-MAP;

*In re Marta Oyola*, Bank Appeal No. 05-30027-MAP;

*In re Stefan Davis*, Bank Appeal No. 05-30028-MAP; and

*In re Joseph LaFrance,* Bank Appeal No. 05-30021-MAP.

2. In the interests of judicial economy, the Trustee requests that the briefing order be amended pending a determination on the Motion to Consolidate.

WHEREFORE, the Trustee requests that the within Motion be allowed.

Respectfully submitted,

Standing Chapter 13 Trustee

Dated: 3|2|05

Denise M. Pappalardo
BBO # 553293
Joanne Psilos
BBO # 556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300

CERTIFICATE OF SERVICE

I, Joanne Zoto Psilos, Staff Attorney do hereby certify that a true and accurate copy of the attached Motion was served on the following parties on this date via first class mail, postage prepaid:

Joanne Zoto Psilos          Dated    3|2|05

Francis Lafayette, J.D.
P.O. Box 1020
Palmer, MA 01069