UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CACI AND DENISE CACI,
    Appellant(s)

v.                      CIVIL ACTION: 05-30024-MAP

PHOEBE MORSE, ET AL,
UNITED STATES TRUSTEES,
    Appellee(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

    JUDGMENT FOR THE APPELLEE(S) PURSUANT TO THE MEMORANDUM OF THE COURT ENTERED ON JUNE 6, 2005, DISMISSING THE APPEAL,

                                SARAH A. THORNTON,
                                CLERK OF COURT

Dated: June 7, 2005                 By  /s/ John C. Stuckenbruck
                                            Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                    [jgm.]

Case 3:05-cv-30024-MAP     Document 8     Filed 06/07/2005     Page 2 of 2